| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **J.R. Butler, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF COLORADO** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Assa Abloy<br>PO Box 827375<br>Philadelphia, PA 19182-7375 | | Supplier/Subcontractor | | | | $522,578.44 |
| AVENGER LOGISTICS<br>PO BOX 654168<br>Dallas, TX 75265-4168 | | Supplier/Subcontractor | | | | $277,722.67 |
| Colorado Mechanical Insulation Inc.<br>2090 W Bates Ave<br>Englewood, CO 80110 | | Supplier/Subcontractor | | | | $169,105.43 |
| dormakaba USA Inc.<br>PO Box 5819<br>Carol Stream, IL 60197 | | Supplier/Subcontractor | | | | $112,750.35 |
| EXPERT SPRAY PROTECTION<br>9000 STUART ST<br>Westminster, CO 80031 | | Supplier/Subcontractor | | | | $212,583.50 |
| Grizzly Glass and Door LLC<br>1746 W 1770 S<br>West Haven, UT 84401-3833 | | Supplier/Subcontractor | | | | $310,588.86 |
| Intermountain Lock & Security<br>P.O. Box 65158<br>Salt Lake City, UT 84165-0158 | | Supplier/Subcontractor | | | | $124,068.45 |
| Kawneer<br>PO BOX 538367<br>Atlanta, GA 30353 | | Supplier/Subcontractor | | | | $152,346.91 |

Debtor     J.R. Butler, Inc.
           Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Lions Tale, LLC<br>7300 S Perry Park Rd<br>Larkspur, CO 80118 | | Supplier/Subcontractor | | | | $481,124.42 |
| Martineau & Company, LLC<br>22 Ellridge Pl<br>Ellington, CT 06029 | | Supplier/Subcontractor | | | | $127,117.96 |
| Orazen<br>999 S. Chillicothe Rd<br>Aurora, OH 44202 | | Supplier/Subcontractor | | | | $158,558.81 |
| RoadRunner Recycling, INC.<br>One PPG Place FL 33<br>Pittsburgh, PA 15222 | | Supplier/Subcontractor | | | | $118,868.46 |
| Smalley & Company<br>601 East 64th Ave Bldg B, Suite B100<br>Denver, CO 80229 | | Supplier/Subcontractor | | | | $237,157.83 |
| SOURCEPASS<br>515 BROADHOLLOW RD<br>Melville, NY 11747 | | Supplier/Subcontractor | | | | $146,212.08 |
| Summit Sealants and Restoration Services<br>2450 N. Townsend Ave<br>Montrose, CO 81401 | | Supplier/Subcontractor | | | | $503,411.10 |
| Texas Access Controls<br>PO Box 740702<br>Atlanta, GA 30374-0702 | | Supplier/Subcontractor | | | | $173,565.53 |
| United Rentals Northwest, Inc.<br>UNITED RENTALS (NORTH AMERICA), INC<br>PO BOX 840514<br>Dallas, TX 75284-0514 | | Supplier/Subcontractor | | | | $979,436.64 |
| Viracon<br>S.D.S. 12-0570<br>P.O. Box 86<br>Minneapolis, MN 55486 | | Supplier/Subcontractor | | | | $581,123.03 |

Debtor **J.R. Butler, Inc.**　　　　Case number *(if known)*
　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Wausau Window and Wall Systems P.O.Box 74747 Chicago, IL 60694-4747** | | **Supplier/Subcontractor** | | | | $129,605.49 |
| **Western Extrusions Corp PO BOX 810219 Dallas, TX 75381-0219** | | **Supplier/Subcontractor** | | | | $924,122.17 |