| Fill in this information to identify your case | | |
|---|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO** | | |
| Debtor 1: J.R. Butler, Inc. | Case #: | 25-15598 TBM |
| Debtor 2: | Chapter: | 11 |

## Local Bankruptcy Form 1007-7.1
## Disclosure Regarding Receivers

**Check applicable box and complete the applicable sections.**

### Part 1  Disclosure

In a chapter 11 reorganization case, the following information is required pursuant to L.B.R. 1007-7:

☒ No receiver is in possession of debtor's property.

☐ A receiver is in possession of all or part of the debtor's property:

- Identification (by address or legal description) of property: _____
- Name of creditor: _____
- Name of receiver: _____
- Address for receiver: _____
- Telephone number for receiver: _____
- Attorney for receiver, if applicable: _____
- Address for attorney for receiver, if applicable: _____
- Telephone number for attorney for receiver, if applicable: _____
- Date of appointment of receiver: _____
- Court appointing receiver: _____
- Case Number for court appointing receiver: _____

### Part 2  Signature of Debtor's Attorney or Debtor (if unrepresented)

Dated: __September 8, 2025__

By: /s/ *Jeffrey A. Weinman*
Bar Number (if applicable): 7605
Mailing Address: 1600 Stout Street, Suite 1900
Denver, Colorado 80202
Telephone number: (303) 534-4499
E-mail address: jweinman@allen-vellone.com